# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>LINDA MARIE PATTON<br>fka Linda Marie Ball<br>aka Linda B Patton<br>    Debtor | Case No. 23-10105-amc |
| Nationstar Mortgage LLC,<br>    Movant | Chapter 13 |
| vs.<br>LINDA MARIE PATTON<br>fka Linda Marie Ball<br>aka Linda B Patton<br>    Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

    Upon consideration of the Movant of Nationstar Mortgage LLC (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

    **ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 121 Davis Rd, Malvern, PA 19355 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

    **ORDERED** that Rule 4001(a)(3) is not applicable and Nationstar Mortgage LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Dated: July 24, 2023

                                                      ASHELY M. CHAN, BANKRUPTCY JUDGE

LINDA MARIE PATTON
121 DAVIS ROAD
MALVERN, PA 19355

DAVID M OFFEN, Debtor's Attorney
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com

KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107