UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                                            CASE NO.: 23-10105
                                                                                                                                                                                                 CHAPTER 13

Linda Marie Patton,
    Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                    Authorized Agent for Secured Creditor
                                                    13010 Morris Rd., Suite 450
                                                    Alpharetta,  GA  30004
                                                    Telephone: 470-321-7112

                                                    By: /s/Michelle L. McGowan, Esq.
                                                          Michelle L. McGowan, Esq.
                                                          Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LINDA MARIE PATTON
121 DAVIS ROAD
MALVERN, PA 19355

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill