United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10105-amc |
| Linda Marie Patton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Marie Patton, 121 Davis Road, Malvern, PA 19355-3427 |
| 14748407 | + | Mrc/united Wholesale M/Nationstar, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14751151 | + | Nationstar Mortgage LLC, C/O Matthew K. Fissel, Esq, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2023 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 23:52:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2023 00:06:06 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2023 23:52:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14751152 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 23:52:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14767002 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 23:52:00 | Nationstar Mortgage, LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14748429 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2023 00:07:27 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14767359 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 23:52:00 | PNC Bank, National Association, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14748408 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 23:52:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14796052 | ^ | MEBN | Sep 19 2023 23:47:34 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14808494 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2023 23:52:00 | Select Portfolio Servicing, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14815402 | + | Email/Text: RASEBN@raslg.com | Sep 19 2023 23:52:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris |

|  |  |  | Rd., Suite 450, Alpharetta, GA 30004-2001 |
|---|---|---|---|
| 14764585 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2023 23:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14748409 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2023 23:52:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14763513 | + Email/PDF: ebn_ais@aisinfo.com | Sep 20 2023 00:06:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Debtor Linda Marie Patton dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        Chapter 13
LINDA MARIE PATTON


              **Debtor**              **Bankruptcy No.** 23-10105-AMC


# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing
Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage
orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any
undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be
refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of
the entry of this Order.

_____

**Date: September 19, 2023**          Honorable Ashely M. Chan
                          Bankruptcy Judge